UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                               CRIMINAL ACTION NO. 2:16-00157

TRAVIS LEE HUDNALL

SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
MEMORANDUM OPINION AND ORDER

On October 12, 2023, the United States of America appeared by Alexander Allen Redmon, Assistant United States Attorney, and the defendant, Travis Lee Hudnall, appeared in person and by his counsel, Gordon Lee Mowen, II, Esq., for a hearing on the petition and amendment to petition seeking revocation of supervised release submitted by Senior United States Probation Officer Justin L. Gibson. The defendant commenced a twenty-six (26) month term of supervised release in this action on July 17, 2023, as more fully set forth in the Judgment in a Criminal Case Order entered by the court on November 22, 2016, and the Supervised Release Judgment Order entered on November 29, 2022.

The court heard the admissions of the defendant and the representations and arguments of counsel.

Pursuant to the court's findings of fact and conclusions of law as enumerated in open court on the record of this proceeding, which are ORDERED incorporated herein by reference, the court finds by a preponderance of the evidence that the defendant has violated the conditions of his supervised release as follows: (1) on July 23, 2023, the defendant stole a credit card from a vehicle in Montgomery, West Virginia, and fraudulently used it to purchase $51.50 of goods from a Go-Mart, and attempted to use the stolen credit card at Walmart and an ATM machine located in Marmet, West Virginia, all in violation of state law; (2) on July 24, 2023, the defendant used the stolen credit card to withdraw $203.00 from an ATM machine located in Montgomery, West Virginia, in violation of state law; (3) on July 19, 2023, the defendant signed a voluntary admission form acknowledging his use of methamphetamine on July 18, 2023; (4) on August 10, 2023, the defendant submitted a urine specimen that tested positive for fentanyl and methamphetamine, and on that same day the defendant signed a voluntary admission form acknowledging his use of fentanyl and methamphetamine on

2

August 9, 2023; (5) on August 1, 2023, the defendant was instructed by his probation officer to report to the probation office that same date and the defendant failed to report as instructed; and (6) on July 19, 2023, the defendant was instructed by the probation officer to enter and successfully complete a detoxification program in order to be eligible to attend a long-term residential treatment program, and the defendant failed to enter a detoxification program and is not attending a residential treatment program; all as set forth in the petition and amended petition on supervised release, and all as admitted by the defendant, and by the court's findings on the record of the hearing.

And the court finding, as more fully set forth on the record of the hearing, that the violations found as set forth above warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32.1(b)(2) and (c)(1) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth

in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for a period of FOURTEEN (14) MONTHS imprisonment, with no further term of supervised release imposed.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: October 17, 2023

John T. Copenhaver, Jr.
Senior United States District Judge